# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** <br> Plaintiff, <br><br> vs. <br> **DANIELLE PHILLIPS** <br> Defendant. | **2:23-cr-00332-MHH-GMB** |

## MOTION TO WITHDRAW

**COMES NOW**, Attorney, **Glennon F. Threatt** of **3TT LEGAL, LLC**, and respectfully moves the Court to grant this motion to withdraw as counsel for the above-named Defendant.

In support thereof, a Motion to Withdraw has been filed today.  The undersigned states the following:

1. Counsel is unable to communicate, in any way, with Defendant.

2. Defendant has not responded to any electronic mail, telephone calls, or text messages.

3. Defendant's whereabouts are currently unknown to counsel.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned respectfully moves this Court to allow him to withdraw as counsel.

**DATED:**  July 6, 2024

Respectfully submitted,

/s/ *Glennon F. Threatt*
Glennon F. Threatt
Attorney for Defendant
3TT LEGAL, LLC
1025 Montgomery Highway, Suite 207
Vestavia Hills, AL 352161
(205) 500-6970
gthreatt@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2024, I electronically served a true and correct copy of the foregoing on the ECF system which will distribute it to all parties.

/s/ *Glennon F. Threatt*